UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                         CASE NO.: 24-14433
                                                                                              CHAPTER 13

**Rashida Patience,**
   Debtor.

**Khadri J. Abdus-Saboor,**
   Joint Debtor.

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

           **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                      **13010 MORRIS ROAD, SUITE 450**
                          **ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                          130 Clinton Rd #202
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112
                                          Facsimile: 404-393-1425

                                          By: /s/Robert Shearer
                                              Robert Shearer
                                              Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RASHIDA PATIENCE
437 E. MOUNT PLEASANT AVENUE
PHILADELPHIA, PA 19119

KHADRI J. ABDUS-SABOOR
437 E. MOUNT PLEASANT AVENUE
PHILADELPHIA, PA 19119

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Journie Morosky