| Check# 12313 | Emp | RASHIDA J PATIENCE | | SSN: 179-46-XXXX | | Status: M3 | | P.E. Date: 12/08/24 | Ck Date: 12/12/24 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1:85000.00 | | | TAXES | | | DEDUCTIONS | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
| REG | 1.00 | 1634.62 | 80014.65 | FED IT | 114.14 | 5707.00 | Disability | 0.00 | 69.00 |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4952.50 | 401K | 25.00 | 1250.00 |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 1158.50 | Accid PreTax | 7.89 | 394.50 |
| | | | | PA IT | 49.05 | 2452.50 | NY Life PreTa | 20.00 | 1000.00 |
| | | | | SUCI/SDI | 1.14 | 57.00 | Pretax Dental | 9.09 | 454.50 |
| | | | | PR IT | 61.30 | 3065.00 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 81731.00 |
| Taxes | 347.85 | 17392.50 |
| Deductions | 61.98 | 3168.00 |
| Net Pay | 1224.79 | 61170.50 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC

| Check# 12274 | Emp # | RASHIDA J PATIENCE | | | SSN: 179-46-XXXX | | Status: M3 | | P.E. Date: 11/24/24 | Ck Date: 11/27/24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:65000.00 | | | TAXES | | | | DEDUCTIONS | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | |
| REG | 1.00 | 1634.62 | 76745.41 | FED IT | 114.14 | 5478.72 | Disability | 0.00 | 69.00 | |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4754.40 | 401K | 25.00 | 1200.00 | |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 1112.16 | Accid PreTax | 7.89 | 378.72 | |
| | | | | PA IT | 49.05 | 2354.40 | NY Life PreTa | 20.00 | 960.00 | |
| | | | | SUCI/SDI | 1.14 | 54.72 | Pretax Dental | 9.09 | 436.32 | |
| | | | | PR IT | 61.30 | 2942.40 | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 78461.76 |
| Taxes | 347.85 | 16696.80 |
| Deductions | 61.98 | 3044.04 |
| Net Pay | 1224.79 | 58720.92 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC

| Check# 12254 | Emp # | RASHIDA J PATIENCE | | SSN: 179-46-XXXX | | Status: M3 | | P.E. Date: 11/17/24 | Ck Date: 11/21/24 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1:65000.00 | | | TAXES | | | DEDUCTIONS | | | |

| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 1634.62 | 75110.79 | FED IT | 114.14 | 5364.58 | Disability | 0.00 | 69.00 |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4655.35 | 401K | 25.00 | 1175.00 |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 1088.99 | Accid PreTax | 7.89 | 370.83 |
| | | | | PA IT | 49.05 | 2305.35 | NY Life PreTa | 20.00 | 940.00 |
| | | | | SUCI/SDI | 1.14 | 53.58 | Pretax Dental | 9.09 | 427.23 |
| | | | | PR IT | 61.30 | 2881.10 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 76827.14 |
| Taxes | 347.85 | 16348.95 |
| Deductions | 61.98 | 2982.06 |
| Net Pay | 1224.79 | 57496.13 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC

| Check# 12234 | Emp # | RASHIDA J PATIENCE | | SSN: 179-46-XXXX | Status: M3 | P.E. Date: 11/10/24 | Ck Date: 11/14/24 |
|---|---|---|---|---|---|---|---|

Rate1:65000.00

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 1634.62 | 73476.17 | FED IT | 114.14 | 5250.44 | Disability | 0.00 | 69.00 |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4556.30 | 401K | 25.00 | 1150.00 |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 1065.82 | Accid PreTax | 7.89 | 362.94 |
| | | | | PA IT | 49.05 | 2256.30 | NY Life PreTa | 20.00 | 920.00 |
| | | | | SUCI/SDI | 1.14 | 52.44 | Pretax Dental | 9.09 | 418.14 |
| | | | | PR IT | 61.30 | 2819.80 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 75192.52 |
| Taxes | 347.85 | 16001.10 |
| Deductions | 61.98 | 2920.08 |
| Net Pay | 1224.79 | 56271.34 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC

| Check# 12214 | Emp # | RASHIDA J PATIENCE | | SSN: 179-46-XXXX | | Status: M3 | | P.E. Date: 11/03/24 | Ck Date: 11/07/24 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1:65000.00 | | | TAXES | | | DEDUCTIONS | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
| REG | 1.00 | 1634.62 | 71841.55 | FED IT | 114.14 | 5136.30 | Disability | 0.00 | 69.00 |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4457.25 | 401K | 25.00 | 1125.00 |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 1042.65 | Accid PreTax | 7.89 | 355.05 |
| | | | | PA IT | 49.05 | 2207.25 | NY Life PreTa | 20.00 | 900.00 |
| | | | | SUCI/SDI | 1.14 | 51.30 | Pretax Dental | 9.09 | 409.05 |
| | | | | PR IT | 61.30 | 2758.50 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 73557.90 |
| Taxes | 347.85 | 15653.25 |
| Deductions | 61.98 | 2858.10 |
| Net Pay | 1224.79 | 55046.55 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC

| Check# 12195 | Emp # | RASHIDA J PATIENCE | | SSN: 179-46-XXXX | Status: M3 | | P.E. Date: 10/27/24 | Ck Date: 10/31/24 |
|---|---|---|---|---|---|---|---|---|

Rate1:65000.00

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 1634.62 | 70206.93 | FED IT | 114.14 | 5022.16 | Disability | 0.00 | 69.00 |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4358.20 | 401K | 25.00 | 1100.00 |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 1019.48 | Accid PreTax | 7.89 | 347.16 |
| | | | | PA IT | 49.05 | 2158.20 | NY Life PreTa | 20.00 | 880.00 |
| | | | | SUCI/SDI | 1.14 | 50.16 | Pretax Dental | 9.09 | 399.96 |
| | | | | PR IT | 61.30 | 2697.20 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 71923.28 |
| Taxes | 347.85 | 15305.40 |
| Deductions | 61.98 | 2796.12 |
| Net Pay | 1224.79 | 53821.76 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC

| Check# 12179 | Emp # | RASHIDA J PATIENCE | | | SSN: 179-46-XXXX | Status: M3 | | P.E. Date: 10/20/24 | Ck Date: 10/25/24 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1:65000.00 | | | TAXES | | | DEDUCTIONS | | | |

| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 1634.62 | 68572.31 | FED IT | 114.14 | 4908.02 | Disability | 0.00 | 69.00 |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4259.15 | 401K | 25.00 | 1075.00 |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 996.31 | Accid PreTax | 7.89 | 339.27 |
| | | | | PA IT | 49.05 | 2109.15 | NY Life PreTa | 20.00 | 860.00 |
| | | | | SUCI/SDI | 1.14 | 49.02 | Pretax Dental | 9.09 | 390.87 |
| | | | | PR IT | 61.30 | 2635.90 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 70288.66 |
| Taxes | 347.85 | 14957.55 |
| Deductions | 61.98 | 2734.14 |
| Net Pay | 1224.79 | 52596.97 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC

| Check# 12162 | Emp # | RASHIDA J PATIENCE | | SSN: 179-46-XXXX | | Status: M3 | | | P.E. Date: 10/13/24 | Ck Date: 10/17/24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:65000.00 | | | TAXES | | | DEDUCTIONS | | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | |
| REG | 1.00 | 1634.62 | 66937.69 | FED IT | 114.14 | 4793.88 | Disability | 0.00 | 69.00 | |
| VAC | 0.00 | 0.00 | 1430.29 | FICA | 99.05 | 4160.10 | 401K | 25.00 | 1050.00 | |
| HOL | 0.00 | 0.00 | 286.06 | MEDI | 23.17 | 973.14 | Accid PreTax | 7.89 | 331.38 | |
| | | | | PA IT | 49.05 | 2060.10 | NY Life PreTa | 20.00 | 840.00 | |
| | | | | SUCI/SDI | 1.14 | 47.88 | Pretax Dental | 9.09 | 381.78 | |
| | | | | PR IT | 61.30 | 2574.60 | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1634.62 | 68654.04 |
| Taxes | 347.85 | 14609.70 |
| Deductions | 61.98 | 2672.16 |
| Net Pay | 1224.79 | 51372.18 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAMS CEDAR LLC