# Exhibit A

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Rashida Patience and
    Khadri Abdus-Saboor,

              Debtors.

Case No. 24-14433-amc

Chapter 13

## Acknowledgement of Bankruptcy Representative

**I. Notice**

The purpose of this Acknowledgment is to designate Debtor Rashida Patience (the "Bankruptcy Representative") with powers to act on behalf of Joint Debtor Khadri Abdus-Saboor in the Bankruptcy Case captioned above.

**II. Duties of Bankruptcy Representative**

The Bankruptcy Representative shall:

1. Act in accordance with the Joint Debtor's reasonable expectations to the extent actually known by the Bankruptcy Representative and, otherwise, in the Joint Debtor's best interest.

2. Act in good faith.

3. Act only within the scope of authority granted in this Acknowledgement.

4. Act loyally for the Joint Debtor's benefit.

5. Keep the Bankruptcy Representative's funds separate from the Joint Debtor's funds unless the funds were not kept separate as of the date of this Acknowledgment

6. Act so as not to create a conflict of interest that impairs the Bankruptcy Representative's ability to act impartially in the Joint Debtor's best interest.

7. Act with the care, competence and diligence ordinarily exercised by agents in similar circumstances.

8. Keep a record of all receipts, disbursements and transactions made on behalf of the Joint Debtor.

**III. Powers of Bankruptcy Representative**

Subject to the duties listed above and other duties under applicable law, the Bankruptcy Representative shall have the power to:

1. Attend and participate in 341 meetings of creditors on behalf of the Joint Debtor.

2. Manage the financial affairs of the Joint Debtor and, to the extent permitted by the Bankruptcy Code, the bankruptcy estate during the Bankruptcy Case

3. Consult with the Joint Debtor's attorney(s) on behalf of the Joint Debtor.

4. Take necessary and appropriate action to resolve the Bankruptcy Case according to the reasonable expectations of the Joint Debtor to the extent actually known by the Bankruptcy Representative and, otherwise, in the Joint Debtor's best interest.

### IV. Acknowledgment

I, Rashida Patience, have read this Acknowledgement and am the person identified as the Bankruptcy Representative for the Joint Debtor. I hereby acknowledge that when I act as agent, I shall act in accordance with the Joint Debtor's reasonable expectations to the extent actually known by me and, otherwise, in the Joint Debtor's best interest, act in good faith and act only within the scope of authority granted to me by the Joint Debtor in this Acknowledgment.

Date: February 25, 2025                         /s/ Rashida Patience

Rashida Patience
437 E. Mount Pleasant Avenue
Philadelphia, PA 19119