United States Bankruptcy Court
Eastern District of Pennsylvania

|  |  |
|---|---|
| In re: | Case No. 24-14433-amc |
| Rashida Patience and Khadri Abdus-Saboor, | Chapter 13 |
| Debtors. |  |

### Certificate of Service

The undersigned hereby certifies that a true copy of the Debtors' Motion to Appoint Next of Friend, Notice, Proposed Order, and Exhibit A, were mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on February 25, 2025.

Dated: February 25, 2025

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110) 1500 Walnut Street, Suite 900 Philadelphia, PA 19102 215-735-1060, mail@cibiklaw.com

Ally Financial
P.O. Box 130424
Saint Paul, MN 55113-0004

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenitycapital/midas
Po Box 182120
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept.
3rd Floor
Philadelphia, PA 19122

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Plusfinance/cws
Po Box 9222
Old Bethpage, NY 11804

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Stern and Eisenberg, LLP
1581 Main Street Suite 200
Warrington, PA 18976

Synchrony Bank/Gap
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617