# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Rashida Patience and
    Khadri Abdus-Saboor,

                              Debtors.

Case No. 24-14433-amc

Chapter 13

### Order Granting Debtors' Motion to Appoint Next of Friend

**AND NOW**, on this 9th day of April, 2025, upon consideration of the Debtors' Motion to Appoint Next of Friend, and after notice and hearing, it is hereby

**ORDERED** that:

1. The motion is **GRANTED**.

2. Debtor Rashida Patience is **APPROVED** as next friend for Joint Debtor Khadri Abdus-Saboor in this case.

3. Rashida Patience has the authority to take all actions required by Khadri Abdus-Saboor as Joint Debtor during the pendency of the case including testifying on behalf of Khadri Abdus-Saboor at the meeting of creditors.

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge