United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 24-14433-amc

Rashida Patience    Chapter 13

Khadri J. Abdus-Saboor

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Apr 10, 2025    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| nof | + Rashida Patience, 437 E. Mount Pleasant Avenue, Philadelphia, PA 19119-1231 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

**Name    Email Address**

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Rashida Patience help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Khadri J. Abdus-Saboor help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com

United States Trustee

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: Apr 10, 2025        Form ID: pdf900        Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Rashida Patience and<br>    Khadri Abdus-Saboor,<br><br>                       Debtors. | Case No. 24-14433-amc<br><br>Chapter 13 |

### Order Granting Debtors' Motion to Appoint Next of Friend

**AND NOW**, on this <u>9th</u> day of <u>April</u>, 2025, upon consideration of the Debtors' Motion to Appoint Next of Friend, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Debtor Rashida Patience is **APPROVED** as next friend for Joint Debtor Khadri Abdus-Saboor in this case.

3. Rashida Patience has the authority to take all actions required by Khadri Abdus-Saboor as Joint Debtor during the pendency of the case including testifying on behalf of Khadri Abdus-Saboor at the meeting of creditors.

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge