# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Rashida Patience and Khadri J. Abdus-Saboor,

                      Debtors.

Case No. 24-14433-AMC

Chapter 13

### Order on Debtors' Objection to Amended Proof of Claim No. 4 by Claimant Ally Financial c/o AIS Portfolio Services

**AND NOW**, on this _____ day of _____ 2025, after consideration of the Debtors' Objection to Amended Proof of Claim No. 4 by Claimant Ally Financial c/o AIS Portfolio Services, and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Amended Claim No. 4 is **DISALLOWED**.

 

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge