# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14433-AMC |
| Rashida Patience and Khadri J. Abdus-Saboor, | Chapter 13 |
| Debtors. | |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Notice of Objection to claim no. 4 which was filed with the Court on June 5, 2025, as ECF No. 27. Thank you.

Date: June 5, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com