# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Rashida Patience and Khadri J. Abdus-Saboor,

                      Debtors.

Case No. 24-14433-AMC

Chapter 13

## Notice of Objection to Amended Proof of Claim
## No. 4 by Claimant Ally Financial c/o AIS Portfolio Services, and Hearing Date

The Debtors in the above-captioned matter have filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

**If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on Tuesday, July 22, 2025, at 11:00 a.m. before Chief U.S. Bankruptcy Judge Ashely M. Chan. To attend the hearing, use the following meeting info: 1-646-828-7666 (telephone number) 160 6807 8081 (meeting ID). If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

**If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Tuesday, July 15, 2025**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: June 5, 2025

                                    CIBIK LAW, P.C.
                                    *Counsel for Debtor*

                                    By: _/s/ Michael A. Cibik_
                                    Michael A. Cibik (#23110)
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    215-735-1060
                                    mail@cibiklaw.com