# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14433-AMC |
| Rashida Patience and Khadri J. Abdus-Saboor, | Chapter 13 |
| Debtors. | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtors' Objection to Amended Proof of Claim No. 4 by Claimant Ally Financial c/o AIS Portfolio Services was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Ally Financial c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Date: June 5, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com