# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Rashida Patience and Khadri J. Abdus-Saboor,<br><br>Debtors. | Case No. 24-14433-AMC<br><br>Chapter 13 |

**Order on Debtors' Objection to Claim No. 7 by Claimant LVNV Funding, LLC**

**AND NOW**, on this _____ day of _____ 2025, after consideration of the Debtors' Objection to Claim No. 7 by Claimant LVNV Funding, LLC , and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Claim No. 7 is **DISALLOWED**.

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge