**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | RASHIDA R PATIENCE |
| Debtor 2 (Spouse, if filing) | KHADRI ABDUS-SABOOR |
| United States Bankruptcy Court for the: | EASTERN   District of PA (State) |
| Case number | 2110006 |

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:    Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | LVNV Funding, LLC <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☐ No <br> ☑ Yes.  From whom?   Sherman Originator LLC |

| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | Resurgent Capital Services <br> Name <br> PO Box 10587 <br> Number        Street <br> Greenville, SC    29603-0587 <br> City              State         ZIP Code <br><br> Contact phone   (877) 264-5884 <br> Contact email   askbk@resurgent.com | Name _____ <br> Number      Street _____ <br> City        State      ZIP Code <br><br> Contact phone _____ <br> Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> RSG-00248-537285622 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| **4. Does this claim amend one already filed?** | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____        Filed on _____ <br> MM / DD / YYYY |
|---|---|
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.  Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __3873__  ____  ____  ____

**7.  How much is the claim?**   $ _5,810.56_____ . **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.  What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Installment_____

**9.  Is all or part of the claim secured?**

☑ No
☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe:  _____

**Basis for perfection:**  _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____
**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10.  Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11.  Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $ _____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    <u>3/9/2021</u>
                    MM / DD / YYYY

<u>/s/ William Andrews</u>
Signature

**Print the name of the person who is completing and signing this claim:**

Name        <u>William Andrews</u>
            First name          Middle name          Last name

Title       <u>Claims Processor</u>

Company     <u>Resurgent Capital Services</u>
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     <u>PO Box 10587</u>
            Number        Street
            <u>Greenville, SC    29603-0587</u>
            City          State      ZIP Code

Contact phone  <u>(877) 264-5884</u>    Email  <u>askbk@resurgent.com</u>

---



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

## Proof of Claim

### Account Supplemental Data

Bankruptcy Case Information

**Case Number:**    2110006

**Chapter:**    13

**Petition Date:**    01/04/2021

**District:**    EASTERN DISTRICT OF PENNSYLVANIA

**Filer:**    RASHIDA R PATIENCE

**Co-Filer:**    KHADRI ABDUS-SABOOR

Creditor Information

**Current Creditor*:**  LVNV Funding, LLC

**Original Creditor:**  Equity One, Inc.

**Alternative Names (if any) for this creditor:**  EQUITY ONE

Account Information

**Account Number (redacted):**  3873

**Amount due as of the date the bankruptcy case was filed**:**  $5,810.56

**Amount due as of the date of the Proof of Claim**:**  $5,810.56

**Principal Balance**:**    $5,810.56

**Finance Balance **:**    $0.00

**Interest Balance **:**    $0.00

**Charge Off Date:**    04/24/2009

**Last Payment Date:**    11/29/2008

**Origination Date:**    05/07/2007

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587
Telephone No.    (877) 264-5884

---

\*\* LVNV Funding, LLC acquired the amount due on this claim as previously capitalized principal. The balance breakdown above reflects the amount disclosed to LVNV Funding, LLC that accrued prior to account charge-off and LVNV Funding, LLC's acquisition of the account less any payments received after the filing of the bankruptcy. The Finance Balance may include interest, fees, or other charges to the account prior to acquisition by LVNV Funding, LLC. Interest Balance includes permissible interest added to the balance by LVNV Funding, LLC since acquisition.

# EXHIBIT A

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

Springleaf Financial Services of Indiana, Inc., an Indiana corporation, Springleaf Financial Services of Wisconsin, Inc., a Wisconsin corporation and Springleaf Financial Services, Inc., a Delaware corporation (collectively referred to as "Seller"), all having their principal place of business at 601 NW Second Street, Evansville, Indiana 47708 hereby absolutely sells, transfers, assigns, sets-over and conveys to Sherman Originator III LLC, a limited liability company organized under the laws of Delaware with an office at 200 Meeting Street, Suite 206, Charleston, SC 29401, ("Purchaser") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Seller's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Schedule A (the "Accounts"), and on the data file titled **"Springleaf Consumer A_B_ Legal_06072013."**

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Seller on or prior to March 31, 2013, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Purchase and Sale Agreement made and entered into by and between Seller and Purchaser dated June 3, 2013, (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Indiana without regard to the conflicts-of-laws rules thereof.

DATED: June 7, 2013

SELLER:

By: _____
Name: Jack R. Erkilla
Title: SVP and Deputy General Counsel

STATE OF INDIANA)
) ss.
COUNTY OF VANDERBURGH)

On this the 7 day of June, 2013, before me the undersigned officer, personally appeared Jack R. Erkilla who acknowledged him/herself to be the SVP & DGC of Springleaf Financial Services Inc, Springleaf Financial Services of Indiana, Springleaf Financial Services of Wisconsin, the signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said company.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court          Notary Public
My Commission Expires:
May 10, 2015

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated March 31, 2013 delivered by Springleaf Financial Services of Indiana, Inc., Springleaf Financial Services of Wisconsin, Inc. and Springleaf Financial Services, Inc. on June 03, 2013 for purchase by SOLLC III on June 07, 2013.  The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV"), the above mentioned Assets.  The transfer of the Assets included electronically stored business records.

Dated: **June 07, 2013**

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title:  Director

Dated: **June 07, 2013**

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title:  Authorized Representative

Dated: **June 07, 2013**

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Rusty Kendall
Title:  Authorized Representative

**Exhibit A**

## Receivables File
**06.07.13**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 271282 | 20121 | N/A |

2007015772    P/ATTY
2 PGS
Book:DE 2251   Page:1949-1950
February 16, 2007   09:00:57 AM
Rec:$15.00   Cnty Tax:$0.00   State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of
Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts
receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of
Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's
officers, designated employees and servants (collectively referred to as "Resurgent") as
Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the
Grantor's name, place and stead as fully and with the same effect as if Grantor were
present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note,
   Title, Judgment, Financing Statement or any other instrument necessary to
   transfer to and vest in Resurgent or its nominee or to protect the rights, title and
   interest of Resurgent in and to any account serviced by Resurgent on behalf of
   Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to
   Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or
   assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer
   ownership of property owned as a result of foreclosure, receipt of quit-claim deed,
   surrender or other form of repossession of any collateral securing accounts
   serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper
   or necessary in asserting, protecting or realizing the Grantor's ownership rights in
   any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any
manner both proper and necessary to effectuate and execute the foregoing powers, and
ratifies every act that Resurgent may lawfully perform in exercising those powers by
virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of
Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding LLC
By: _____
Name: _Kevin Branigan_
Title: _President_      FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: _Michael A Keaton_
Title: _Senior Vice President_

DATE _____
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
_____
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: *D Stovall*

Name: *Danette Stovall*

Witnessed by: *Heather H. Silver*

Name: *Heath X Du*

STATE OF
COUNTY OF

On this, the __13th__ day of __February__, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of __South Carolina__ by the __Kevin Branigan__, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

Notary Public
My Commission Expires _____

My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the __15__ day of __February__, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of __South Carolina__ by the __Michael A. Easton__, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

Notary Public
My Commission Expires __1-31-2016__

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1/31/2016

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2007015772    Book:DE 2251    Page:1949-1950
February 16, 2007  09:00:57 AM

*Timothy L. Manney*