# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Rashida Patience and Khadri J. Abdus-Saboor,<br><br>                                          Debtors. | Case No. 24-14433-AMC<br><br>Chapter 13 |

**Order on Debtors' Objection to Claim No. 7 by Claimant LVNV Funding, LLC**

     **AND NOW**, on this \_\_24th\_\_ day of \_\_July\_\_ 2025, after consideration of the Debtors' Objection to Claim No. 7 by Claimant LVNV Funding, LLC , and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Claim No. 7 is **DISALLOWED**.

                                                      */s/ Ashely M. Chan*

                                        Honorable Ashely M. Chan
                                        Chief U.S. Bankruptcy Judge