# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14433-AMC |
| Rashida Patience and Khadri J. Abdus-Saboor, | Chapter 13 |
| Debtors. | |

### Order on Debtors' Objection to Amended Proof of Claim No. 4 by Claimant Ally Financial c/o AIS Portfolio Services

**AND NOW**, on this __24th__ day of __July__ 2025, after consideration of the Debtors' Objection to Amended Proof of Claim No. 4 by Claimant Ally Financial c/o AIS Portfolio Services, and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Amended Claim No. 4 is **DISALLOWED**.

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge