# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>   RASHIDA PATIENCE<br>   KHADRI J. ABDUS-SABOOR<br>       Debtor(s)<br>SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE8<br>       Movant<br>v.<br>RASHIDA PATIENCE<br>KHADRI J. ABDUS-SABOOR<br>       Debtor(s)<br>KENNETH E. WEST<br>       Trustee<br>       Respondent(s) | Chapter 13<br><br>Case Number: 24-14433-amc |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Rashida Patience
437 E. Mount Pleasant Avenue
Philadelphia, PA 19119

Khadri J. Abdus-Saboor
437 E. Mount Pleasant Avenue
Philadelphia, PA 19119
*Debtor(s)*

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor*

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Date: September 12, 2025

Stern & Eisenberg, PC
*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com