**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re: | Chapter 13 |
|     RASHIDA PATIENCE | |
|     KHADRI J. ABDUS-SABOOR | Case Number: 24-14433-amc |
|       Debtor(s) | |
| SELECT PORTFOLIO SERVICING, INC., | |
| AS SERVICER FOR DEUTSCHE BANK | |
| NATIONAL TRUST COMPANY, AS | |
| TRUSTEE, IN TRUST FOR THE | |
| REGISTERED HOLDERS OF MORGAN | |
| STANLEY ABS CAPITAL I INC. TRUST | |
| 2006-HE8, MORTGAGE PASS- | |
| THROUGH CERTIFICATES, SERIES | |
| 2006 HE8 | |
|       Movant | |
| v. | |
| RASHIDA PATIENCE | |
| KHADRI J. ABDUS-SABOOR | |
|       Debtor(s) | |
| KENNETH E. WEST | |
|       Trustee | |
|       Respondent(s) | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

      Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 437 E Mount Pleasant Ave, Philadelphia, PA 19119.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 26, 2025, you or your attorney must do all of the following:

      (a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

In Philadelphia:

900 Market Street, Suite 400
Philadelphia, PA 19107-4299

In Reading:

U.S. Bankruptcy Court, Clerks Office
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

     If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

     (b) mail a copy to movant's attorney:

> Daniel P. Jones
> Stern & Eisenberg, PC
> 1581 Main Street, Suite 200
> The Shops at Valley Square
> Warrington, PA 18976
> Telephone: (215) 572-8111
> Facsimile: (215) 572-5025
> djones@sterneisenberg.com

and to the Trustee:   Kenneth E. West
> Ch. 13 Trustee
> 190 N. Independence Mall West
> Suite 701
> Philadelphia, PA 19106

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on October 7, 2025, at 11:00AM in Courtroom Number 4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

    STERN & EISENBERG, PC

    *By: /s/ Daniel P. Jones*
    Daniel P. Jones
    Bar Number: 321876
Date: September 12, 2025    Email: djones@sterneisenberg.com