# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Rashida Patience and<br>Khadri J. Abdus-Saboor,<br>                *Debtor*. | Chapter 13<br>Case No. 24-14433-AMC |

### Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtors Rashida Patience and Khadri J. Abdus-Saboor, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by Deutsche Bank National Trust Company.

Date: September 15, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Deutsche Bank National Trust Company to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: September 15, 2025

/s/ Michael A. Cibik
Michael A. Cibik