United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14433-amc |
| Rashida Patience | Chapter 13 |
| Khadri J. Abdus-Saboor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 17, 2025 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rashida Patience, Khadri J. Abdus-Saboor, 437 E. Mount Pleasant Avenue, Philadelphia, PA 19119-1231 |
| 15036117 | + | Deutsche Bank National Trust Company, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14959715 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14959719 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14959727 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14968155 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2025 00:31:50 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14959705 | | Email/Text: ally@ebn.phinsolutions.com | Sep 18 2025 00:24:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 14961010 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 18 2025 00:31:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 18 2025 00:29:39 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14964700 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 00:30:06 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14959706 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 18 2025 00:24:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14972529 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 00:31:53 | CACH, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14959707 | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15015034 | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 15015947 | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14959708 | | Email/Text: bankruptcy@philapark.org | Sep 18 2025 00:25:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

Case 24-14433-amc   Doc 53   Filed 09/19/25   Entered 09/20/25 00:38:48   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 155 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14959709 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 18 2025 00:24:00 | Comenitycapital/midas, Po Box 182120, Columbus, OH 43218-2120 |
| 14959710 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 18 2025 00:47:08 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14961822 | + | Email/Text: RASEBN@raslg.com | Sep 18 2025 00:24:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14980168 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 18 2025 00:25:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 14959711 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2025 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14978838 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 00:31:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14959712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 00:31:59 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14959713 | | Email/Text: ml-ebn@missionlane.com | Sep 18 2025 00:24:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14986361 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 18 2025 00:24:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA 19103-1380 |
| 14959714 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 18 2025 00:24:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14959718 | ^ | MEBN | Sep 18 2025 00:15:44 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14978952 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2025 00:47:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14959716 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14967179 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14959717 | ^ | MEBN | Sep 18 2025 00:15:56 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14959720 | | Email/Text: bankruptcy@philapark.org | Sep 18 2025 00:25:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14959721 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2025 00:45:14 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14959722 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 18 2025 00:25:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14959723 | ^ | MEBN | Sep 18 2025 00:15:47 | Stern and Eisenberg, LLP, 1581 Main Street Suite 200, Warrington, PA 18976-3403 |
| 14959724 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 00:29:56 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14959725 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 00:46:28 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14959726 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 18 2025 00:25:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 155 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 14959728 | | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2025 00:32:09 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14959729 | + | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Deutsche Bank National Trust Company djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rashida Patience help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Khadri J. Abdus-Saboor help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Deutsche Bank National Trust Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Rashida Patience | ) | Case No. 24−14433−amc |
| | ) | |
| | ) | |
|    Khadri J. Abdus−Saboor | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 16, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court