B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  RASHIDA PATIENCE and KHADRI J ABDUS-SABOOR  ,                Case No.  2-24-BK-14433

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrick Bank | ALLY BANK |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Merrick Bank
PO Box 10368
Greenville SC 29603-0368

Court Claim # (if known):  3
Amount of Claim:  4,281.44
Date Claim Filed:  1/13/2025

Phone:  (866) 572-0265
Last Four Digits of Acct #:  5094

Phone: 
Last Four Digits of Acct. #:  5094

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368
Phone:  (866) 572-0265
Last Four Digits of Acct #:  5094

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Lamb                Date: 11/20/2025
    Transferee/Transferee's Agent
    (866) 572-0265
    AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.