# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Rashida Patience and Khadri J. Abdus-Saboor,<br><br>*Debtors.* | Chapter 13<br>Case No. 24-14333-AMC |

## Motion to Modify Plan After Confirmation

Debtors Rashida Patience and Khadri J. Abdus-Saboo, by and through their attorney, hereby move this Court as follows:

1. The Debtors filed a bankruptcy petition on December 12, 2024.

2. The plan was confirmed on September 17, 2025.

3. A Motion to Dismiss Case was recently filed by the Trustee.

4. A stipulation will soon be filed resolving the Motion for Relief filed at ECF No. 47.

5. The Debtor wants to amend her plan address both.

6. The proposed plan rolls in and cures the arrears that gave rise to both Motions by increasing the plan payments moving forward.

7. The Debtor asks this Court to approve the proposed plan filed at ECF No. 61.

   **NOW, THEREFORE**, the Debtors ask this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: January 12, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com