**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Rashida Patience and Khadri J. Abdus-Saboor, <div style="text-align:center">*Debtors*.</div> | Chapter 13<br>Case No. 24-14333-AMC |

## Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

A Motion to Modify Plan After Confirmation has been filed with the court by the Debtors in the above matter for the reasons stated in the motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**If you do not want the court to grant the relief sought in the motion** or you want the court to consider your views, you must file a response on or before **Monday, February 2, 2026.**

**A hearing on the motion is scheduled to be held on Tuesday, February 24, 2026, at 10:00 a.m.** before Chief U.S. Bankruptcy Judge Ashely M. Chan. To attend the hearing, use the following meeting info: 1-646-828-7666 (telephone number) 160 6807 8081 (meeting ID). Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

**If you do not file a response, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the clerk of court at 215-408-2800 to find out whether the hearing has been canceled. If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

### How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline.

Date: January 12, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com