**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE:<br>Rashida Patience<br>Khadri J. Abdus-Saboor | * <br><br>* | <br><br>Case No. 24-14433-amc<br>Chapter 13 |
| Debtor(s). | * | |
| | * | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE8 | *<br><br>*<br><br>*<br><br>* | |
| Movant. | | |
| v. | | |
| Rashida Patience<br>Khadri J. Abdus-Saboor | | |
| Debtor/Respondent<br>Kenneth E. West, Trustee. | | |

*  *  *  *  *  *  *  *  *  *  *  *  *  *

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on **January 6, 2026**, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FUTHER ORDERED that as of 12/30/2025, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Missed Payments | From | To | Principal and Interest | Escrow (if applicable) | Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 10/01/2025 | 01/01/2026 | 3,002.39 | $1,141.89 | 4,144.28 | $16,577.12 |
| **Less post-petition partial payments (suspense balance):** | | | | | | $(46.65) |

**Total: $16,530.47**

4. This arrearage shall be paid as follows:

    Debtor is ordered to pay the total post-petition arrearage totaling a sum of **$16,530.47** by filing an Amended Plan within seven (7) days of the Court Order approving this Stipulation. Debtor's Amended Plan shall incorporate the post-petition delinquency in the amount of $16,530.47 to the pre-petition arrears of $106,781.07 making a total of $123,311.54 to be paid through the plan.

5. Regular payments in the amount of **$3,840.19** to be paid on or before **02/01/2026** and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within **10** days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 400l(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

9. FURTHER ORDERED that there having been no appearance by the Co-Debtor(s}, the Motion for Relief from the Co-Debtor Stay is granted.

Dated this **6th** day of **January, 2026**

CONSENTED TO BY:

Stern & Eisenberg, PC
**Firm Name**

Michael A. Cibik
**Debtor Attorney Name**

Kenneth E. West
**Trustee Name**

Dated: _____, 2025

Respectfully submitted,

Stern & Eisenberg, PC


   */s/  Daniel P. Jones*
Daniel P. Jones  DE BAR# 321876
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
(215) 572-8111
djones@sterneisenberg.com

Dated: January 20, 2026

/s/ Michael A. Cibik
Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Counsel for Debtors

The Trustee has read this Stipulated Order and consents to the terms thereof.

Dated: January 22, 2026, 2025

/s/ Jack K. Miller, Esquire     for
Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Chapter 13 Trustee

**APPROVED AND SO ORDERED** this 29th day of Jan., 2026

BY THE COURT: _____
United States Bankruptcy Judge