**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Rashida Patience and Khadri J. Abdus-Saboor, <br><br> *Debtors.* | Chapter 13 <br> Case No. 24-14333-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed Chapter 13 Plan (doc. # 62, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 61) is **APPROVED**.

**Date:**  April 8, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge