United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-14433-amc

Rashida Patience                                                                Chapter 13

Khadri J. Abdus-Saboor

　　　Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                  + Rashida Patience, Khadri J. Abdus-Saboor, 437 E. Mount Pleasant Avenue, Philadelphia, PA 19119-1231

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

**Name                          Email Address**

DANIEL P. JONES
                              on behalf of Creditor Deutsche Bank National Trust Company djones@sterneisenberg.com  bkecf@sterneisenberg.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
                              on behalf of Debtor Rashida Patience help@cibiklaw.com
                              noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
                              on behalf of Joint Debtor Khadri J. Abdus-Saboor help@cibiklaw.com
                              noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT BRIAN SHEARER

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 08, 2026                                Form ID: pdf900                                Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com

STEVEN K. EISENBERG

on behalf of Creditor Deutsche Bank National Trust Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Rashida Patience and Khadri J. Abdus-Saboor, | Chapter 13 |
| *Debtors.* | Case No. 24-14333-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed Chapter 13 Plan (doc. # 62, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 61) is **APPROVED**.

**Date:** April 8, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge